IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SYLVIA HAWKINS, | ) | CASE NO. 1:11CV02473 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MONARCH RECOVERY | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon representation of counsel for the plaintiff that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice."

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: January 5, 2012                    s/ *James S. Gwin*
                                           JUDGE JAMES S. GWIN
                                           UNITED STATES DISTRICT JUDGE